# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Steven M. Lowe, being duly sworn, depose and state as follows:

## Introduction

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such since January 2006. In this assignment I am a member of the Big Sky Safe Trails Task Force (BSSTTF), which specializes in targeting distributors of narcotics on Montana's Indian Reservations. I am currently stationed in Billings, Montana, and have primary responsibility for narcotics investigations on the Crow Indian Reservation (CIR) and the Northern Cheyenne Indian Reservation (NCIR). I have specialized training and experience in investigating matters involving the distribution of narcotics, violent crimes and crimes involving firearms.

2. I make this affidavit in support of a criminal complaint regarding Geofredo James Littlebird Jr. He is suspected of being in possession of a firearm, having been previously convicted of a felony crime.

3. The information contained in this affidavit comes from my personal observations, information provided to me by partner law enforcement agencies including the Bureau of Indian Affairs (BIA) and the Northern Cheyenne Investigative Service (NCIS). This affidavit is intended to show merely that there

is sufficient probable cause for the complaint and does not set forth all my knowledge about this matter.

4. As detailed more fully below, there is probable cause to believe that Littlebird was a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g).

## Statement of Probable Cause

5. On October 13, 2022, an NCIS investigator observed and photographed Geofredo James Littlebird Jr at his residence in Lame Deer, Montana. Littlebird was observed exiting a vehicle while holding what appeared to be an AR-style rifle. He carried the rifle from the vehicle into his residence.

6. Based primarily on the information above, the BIA obtained a Northern Cheyenne Tribal search warrant for Littlebird's residence. On October 19, 2022, the BIA, with the assistance of the FBI, executed the tribal search warrant at the residence and seized several items discovered therein, including a Smith & Wesson, model M&P-15, 5.56mm, s/n TU62778, which is an AR-style rifle (similar to the rifle previously observed by NCIS) and a Remington, model 788, .223-cal, s/n B6100710, a bolt-action hunting rifle.

7. Littlebird was interviewed by the FBI and NCIS on October 19, 2022, following the search of his residence. Littebird was in tribal custody. He was verbally provided his Miranda rights. He voluntarily consented and waived his

rights, agreeing verbally to speak with law enforcement. During the interview, Littlebird stated he had borrowed the hunting rifle and had used it to hunt.

8. On October 24, 2022, the Bureau of Alcohol, Tobacco and Firearms (ATF) examined both the Smith & Wesson, model M&P-15, 5.56mm, s/n TU62778 and the Remington, model 788, .223-cal, s/n B6100710 and determined they were transported in or affected interstate commerce.

9. Littlebird was previously convicted in the United States District Court for the District of Montana for conspiracy to distribute methamphetamine (CR 10-41-BLG-SPW). He was sentenced to ten years imprisonment and five years supervised release. As a result of this federal felony conviction, Littlebird is prohibited from possessing a firearm and/or ammunition.

## Conclusion

10. Based on the foregoing, there is probable cause to believe that Littlebird, violated 18 U.S.C. §§ 922(g)(1), prohibited person in possession of a firearm.

///

///

///

///

///

Respectfully submitted this __25th__ day of October 2022.

_____
Steven M. Lowe
Special Agent
Federal Bureau of Investigations

SUBSCRIBED TO AND SWORN BEFORE ME THIS **25** day of October, 2022.

_____
HON. TIMOTHY J. CAVAN
United States Magistrate Judge